# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET, ROOM 4050
TRENTON, NJ 08608
(609)989-2009

CHAMBERS OF
GARRETT E. BROWN, JR.
CHIEF JUDGE

May 15, 2006

George Reynolds, Chief
Financial Disclosure Office
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

**SELF INITIATED
AMENDMENT**

Dear Mr. Reynolds:

With regard to Part IV of my 2005 Financial Disclosure form, in addition to travel, meals and lodging reimbursement for the New York Intellectual Property Law Association and New Jersey State Bar Association conferences referred to therein, I was also a presenter/panelist at two patent law programs: Trial of Patent Case, American Law Institute American Bar Association (ALI-ABA) Chicago, Illinois September 29-30, 2005, and Biotech and Patent Litigation Practice Insight from the Bench, Marcus Evans Legal Conferences, New York, New York, December 7-8, 2005. I was reimbursed for travel, meals and lodging for these programs.

Please add these to my report.

Very truly yours,

GARRETT E. BROWN, JR.
Chief Judge

GEB:sko

RECEIVED 2006 MAY 19 A 11:20 FINANCIAL DISCLOSURE OFFICE

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BROWN, GARRETT E., JR. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY | 5/10/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ___ Nomination, Date _____  <br> ___ Initial   X Annual  ___ Final <br> 5b. ___ Amended Report | 1/1/05 - 12/31/05 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| CLARKSON S. FISHER COURTHOUSE 402 E. STATE STREET TRENTON, NEW JERSEY 08608 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 ADJUNCT PROFESSOR | SETON HALL UNIVERSITY SCHOOL OF LAW |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2005 MAY 17 A 11:17 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2005 | SETON HALL UNIVERSITY SCHOOL OF LAW | $23,400 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2005 | ███████████████ | |
| 2 2005 | ███████████████ | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, GARRETT E., JR. | 5/10/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | N.Y. INTELLECTUAL PROPERTY | FOOD AND LODGING FOR 3/18/05 MEETING IN N.Y.C. |
| 2 | LAW ASSN. | |
| 3 | N.J. STATE BAR ASSOCIATION | MIDYEAR MEETING IN ARUBA 11/8 - 11/13/05 |
| 4 | | PRESENTER/PANELIST AT STATE BAR TTRAVEL EXPENSES - MEALS & LODGING |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | CHASE BANK | LINE OF CREDIT | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, GARRETT E., JR. | 5/10/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div. rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank Acct. PNC Bank Moorestown, N.J. | A | INT. | J | T | | | | | |
| 2 MSDW Liquid Asset Fund | A | INT. | J | T | | | | | |
| 3 MSDW U.S. Govt. Secur. (IRA) | A | DIV. | K | T | | | | | |
| 4 MSDW Dividend Growth Secur. Trust B (IRA) | A | DIV. | K | T | | | | | |
| 5 MSDW Utilities Fund B (IRA) | A | DIV. | K | T | Partial Sale | 4/6 | J | A | |
| 6 MSDW U.S. Govt. Secur. (IRA) | A | DIV. | K | T | | | | | |
| 7 MSDW Liquid Assets Fund (IRA) | A | INT. | J | T | | | | | |
| 8 MSDW Utilities Fund (IRA) | A | DIV. | | | Sale | 4/6 | J | A | |
| 9 MSDW Dividend Growth (IRA) | B | DIV. | J | T | | | | | |
| 10 MSDW European Growth (IRA) | A | DIV. | J | T | | | | | |
| 11 MSDW Japan Fund (IRA) | | NONE | | | Sale | 4/6 | J | NONE | |
| 12 MSDW High Yield (IRA) | A | DIV. | J | T | | | | | |
| 13 Van Campen Sel. Growth (IRA) | | NONE | | | Sale | 4/6 | J | NONE | |
| 14 Van Campen Sel. Growth (IRA) | | NONE | | | Sale | 4/6 | J | NONE | |
| 15 MSDW Amer. Opportunity Fund (IRA) | | NONE | K | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date May 10, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544